*Besola, Petitioner, v. Dep't of Health, Respondent*, No. 92883-5. Petition for review of a decision of the Court of Appeals, No. 72495-9-I, February 1, 2016, 192 Wn. App. 1029. *Denied* June 29, 2016.

*EagleView Techs., Inc., Respondent, v. Pikover et al., Petitioners*, No. 92886-0. Petition for review of a decision of the Court of Appeals, No. 72644-7-I, December 21, 2015, 192 Wn. App. 299. *Denied* June 29, 2016.

*State, Respondent, v. Rohn, Petitioner*, No. 92888-6. Petition for review of a decision of the Court of Appeals, Nos. 45654-1-II and 47394-1-II, February 9, 2016, 192 Wn. App. 1035. *Denied* June 29, 2016.

*State, Respondent, v. Russell, Petitioner*, No. 92893-2. Petition for review of a decision of the Court of Appeals, No. 72428-2-I, January 11, 2016, 192 Wn. App. 1007. *Denied* June 29, 2016.

*State, Respondent, v. Flores-Solorio, Petitioner*, No. 92894-1. Petition for review of a decision of the Court of Appeals, No. 71754-5-I, January 11, 2016, 192 Wn. App. 1006. *Denied* June 29, 2016.

*State, Respondent, v. Dukes, Petitioner*, No. 92895-9. Petition for review of a decision of the Court of Appeals, No. 46596-5-II, February 17, 2016, 192 Wn. App. 1044. *Denied* June 29, 2016.

*State, Respondent, v. Castillo-Lopez, Petitioner*, No. 92899-1. Petition for review of a decision of the Court of Appeals, No. 46717-8-II, February 9, 2016, 192 Wn. App. 741. *Denied* June 29, 2016.

*Lodis et al., Petitioners, v. Corbis Holdings, Inc., Respondent*, No. 92900-9. Petition for review of a decision of the Court of Appeals, No. 72342-1-I, December 28, 2015, 192 Wn. App. 30. *Denied* June 29, 2016.